No. 637. ADELBERT L. SPITZER ET AL., AS SPITZER-RO-
RICK & COMPANY *v.* BOARD OF TRUSTEES FOR THE REGINA
PUBLIC SCHOOL DISTRICT No. 4 OF SASKATCHEWAN.    De-
cember 20, 1920.   Petition for a writ of certiorari to the Cir-
cuit Court of Appeals for the Sixth Circuit denied. *Mr.
Thomas H. Tracy* and *Mr. George D. Welles* for petitioners.
No appearance for respondent.

---

No. 639. L. W. BOEHNER *v.* UNITED STATES.    Decem-
ber 20, 1920.   Petition for a writ of certiorari to the Circuit
Court of Appeals for the Eighth Circuit denied. *Mr.
William R. Green* for petitioner. *Mr. Assistant Attorney
General Stewart* and *Mr. H. S. Ridgely* for the United
States.

---

No. 642.    HENRY BRIGGS *v.* UNITED SHOE MACHINERY
CORPORATION.   December 20, 1920.   Petition for a writ of
certiorari to the Court of Errors and Appeals of the State
of New Jersey denied. *Mr. William A. Milliken* for pe-
titioner. *Mr. Robert H. McCarter* and *Mr. Walter Bates
Farr* for respondent.

---

No. 612.   UNITED STATES FIDELITY & GUARANTY COM-
PANY ET AL. *v.* TRAVELERS INSURANCE MACHINE COMPANY.
Error to the Court of Appeals of the State of Kentucky.
January 3, 1921.   Petition for a writ of certiorari herein de-
nied. *Mr. William Marshall Bullitt,* for plaintiffs in error,
in support of the petition. *Mr. David R. Castleman,* for de-
fendant in error, in opposition to the petition.